## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Iowa

Case Number: 3:25-CV-00070-SMR-SBJ

**Plaintiff: ANTHONY BANGERT, individually and on behalf of all others similarly situated**
vs.
**Defendant: LEE ENTERPRISES, INC.,**

For: Jeffrey M. Ostrow
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT

Received by Caplan, Caplan & Caplan Process Servers on the 19th day of June, 2025 at 12:09 pm to be served on LEE ENTERPRISES, INC. C/O CORPORATION SERVICE COMPANY, 505 5TH AVENUE, SUITE 729, DES MOINES, IA 50309. I, Brett McCormick, being duly sworn, depose and say that on the 24th day of June, 20 25 at 1:34 p.m., executed service by delivering a true copy of the SUMMONS, PROOF OF SERVICE, CLASS ACTION COMPLAINT, AND JURY TRIAL DEMANDED in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY:By serving_____as_____Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date,hour,intials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE SERVICE/CORPORATE LLC:By serving_____as_____. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date, hour andintials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE REGISTERED AGENT:By serving_____as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,intials of service endorsed by me in compliance with State Statute

(X)CORPORATE REGISTERED AGENT EMPLOYEE:By serving Abigail Carey as Employee of Registered agent. Served the named person by delivering a true copy of pleadings and informed person of the contents therein,with date,hour,intials of service endorsed thereon by me in compliance with F.S.48.081(3)(a) and 48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm

( )CORPORATE SUBSTITUTE RESIDENTIAL:By serving_____as_____Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein,withthe date,hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between10am and 12pm

( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____as_____ who stated they are authorize to accept service for deponent and informed said person of the contents

( )NO SERVICE:Reason stated in comments

**COMMENTS:** _____

Age 30's  Sex M (F)  Race W  Height 5'6  Weight 160  Hair Black  Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 24 day of June, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # NA
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426

Our Job Serial Number: 2025023166
Ref: 10277-603

ERIC McCORMICK
Commission Number 837431
My Commission Expires
February 14, 2028



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

|  |  |
|---|---|
| ANTHONY BANGERT, individually and on behalf of all others similarly situated, *Plaintiff(s)* <br> v. <br> LEE ENTERPRISES, INC., *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:25-cv-00070-SMR-SBJ |

## SUMMONS IN A CIVIL ACTION

6/24/25
1:39 pm
BM
N/A

To: *(Defendant's name and address)*

LEE ENTERPRISES, INC.
Corporation Service Company
505 5th Avene, suite 729
Des Moines, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Barton Goplerud, AT0002983
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Email: goplerud@sagwlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

SUMMONS ISSUED

Chandlor G. Collins, Clerk

By: _____
CLERK