**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ANTHONY BANGERT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INC.,<br><br>        Defendant. | Civil Action No. 3:25-cv-00070-SMR-SBJ<br><br>**NOTICE OF APPEARANCE** |

Joshua J. McIntyre of Lane & Waterman LLP hereby enters his Appearance on behalf of Defendant Lee Enterprises, Incorporated.

Dated:  July 9, 2025

LANE & WATERMAN LLP

By: */s/ Joshua J. McIntyre*
    Joshua J. McIntyre, AT0011426
    220 North Main Street, Suite 600
    Davenport, IA 52801
    Telephone:  563-324-3246
    Facsimile:  563-324-1616
    Email:  JMcIntyre@l-wlaw.com

    ***ATTORNEY FOR DEFENDANT LEE ENTERPRISES, INCORPORATED***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 9, 2025, the foregoing was filed electronically

with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.


_____*/s/ Joshua J. McIntyre*_____